UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:01-CR-49 |
| | ) | |
| KENNETH SHEARER | ) | |

## **OPINION AND ORDER**

Presently before the Court is Defendant's *pro se* Motion for Early Termination of Supervised Release filed on June 2, 2011. Thereafter, the undersigned entered an Order directing Shearer's Probation officer to provide a report within thirty (30) days outlining whether, in his opinion, Shearer's Motion had merit. The Court is in receipt of that Supervision Report, submitted on June 24, 2011. The CLERK is DIRECTED to mail a copy of the Supervision Report to Shearer for his review. Shearer shall have fifteen (15) days to file a reply, if he chooses. The CLERK is further directed to send a copy of this Order to the Probation Office.

SO ORDERED. This 12th day of July, 2011

s/ William C. Lee
United States District Court